IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN L. KROLL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-410 |
| | ) | Judge Nora Barry Fischer |
| SUPERINTENDENT RANDY EVANS, | ) | Magistrate Judge Keith Pesto |
| S.C.I. GREENE, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM ORDER**

AND NOW, this 18th day of February, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on November 14, 2025, (Docket No. 5), recommending that Petitioner John L. Kroll's § 2254 Petition (Docket No. 4) be dismissed as the Court previously denied a § 2254 Petition in *Kroll v. Lane*, Case No. 3:17-cv-60-KRG-KAP (W.D.Pa. February 5, 2020), and he did not appeal, such that the instant petition constitutes a second or successive petition challenging his conviction and sentence in *Commonwealth v. Kroll*, CP-05-90-2011 (C.P. Bedford), and the petition was filed without being authorized by the U.S. Court of Appeals for the Third Circuit, as is required by 28 U.S.C. § 2244(b)(3), (*see* Docket No. 1), and the Magistrate Judge further recommending that no certificate of appealability should issue, and that objections be filed within 14 days such that objections from non-ECF users like Petitioner were due by December 1, 2025, (Docket No. 5), and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of November 14, 2025, (Docket No. 5),

1

IT IS HEREBY ORDERED that the Report and Recommendation [5] is ADOPTED as the Opinion of this Court;

IT IS FURTHER ORDERED that the Petition (Docket No. 4) is DISMISSED as it is an unauthorized second or successive § 2254 habeas petition, *see* 28 U.S.C. § 2244(b)(3);

IT IS FURTHER ORDERED that no certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a Constitutional right or shown that jurists of reason would disagree that the Petition should be dismissed as it was not authorized by the U.S. Court of Appeals for the Third Circuit and this Court lacks jurisdiction over the matter, *see e.g., Slack v. McDaniel*, 529 U.S. 473 (2000); *Robinson v. Johnson*, 313 F.3d 128, 139-40 (3d Cir. 2002); and,

An appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  Magistrate Judge Keith A. Pesto
All counsel of record.

cc:  JOHN L. KROLL
KM8211
SCI GREENE
169 PROGRESS DRIVE
WAYNESBURG, PA 15370 (via first class mail)